5-6-15

Need to know What day my
P.D.R.-0298-14 was refused? I
know you got it on 7-11-2014

Sorry I cant find the
Post Card.

Richard Segrest #1832857
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas
                75851

Court of Appeals
P.O. Box 12308
Capitol Station
Austin, Texas
                78711

P.S. Please Help me
in this Matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 11 2015
Abel Acosta, Clerk